**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February, 13, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Steven Brown</u>, 16 Cr. 436 (KMW)

Dear Judge Wood:

      Trial in the above-captioned matter is scheduled for April 9, 2018. The parties' motions *in limine* are currently due on Friday, February 23, 2018. In addition, the defendant's reply in support of his motion to dismiss on venue grounds (Dkt. No. 159) and statute of limitations grounds (Dkt. No. 162) is at present due on February 20, 2018. Due to the press of business and counsel's other competing obligations, the parties jointly request a brief adjournment of both deadlines.

      The parties respectfully request that the deadline to file motions *in limine* be adjourned from February 23, 2018 until February 28, 2018, and that the deadline for the defendant's reply brief be adjourned from February 20, 2018 until February 23, 2018.

      The parties thank the Court for its consideration of the above-requested adjournments.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:   */s/*

      Katherine Reilly
      Noah Solowiejczyk
      Ryan B. Finkel
      Assistant United States Attorneys
      (212) 637-6521/2473/6612

cc:    Walter Mack, Esq. (by ECF and by e-mail)