```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 2 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                 :     WAIVER OF INDICTMENT

JAMES DAVID WILLIAMS              :     S7 16 Cr. 436 (KMW)

            Defendant.        :

- - - - - - - - - - - - - - - - - x

        JAMES DAVID WILLIAMS, the defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1344, and 1001, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                              _____
                               Defendant

                              _____
                              Witness

                              _____
                              Counsel for Defendant

Date:   New York, New York
        March 22, 2018