**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 2, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: **United States v. James David Williams**, S7 16 Cr. 436 (KMW)

Dear Judge Wood:

     As Your Honor is aware, the defendant in the above-captioned action entered a guilty plea on September 21, 2017 to the charges contained in the S4 Superseding Information; that plea was accepted by Your Honor on October 4, 2018. On March 22, 2018, the defendant entered a guilty plea, before Magistrate Judge Fox, to the additional charges contained in Counts One through Three of the S7 Superseding Information. The Government respectfully requests that Your Honor accept the defendant's March 22, 2018 guilty plea. Enclosed please find for your consideration (1) a proposed Order accepting the defendant's guilty plea and (2) the transcript of the plea proceeding.

     Respectfully submitted,

     GEOFFREY S. BERMAN
     United States Attorney
     Southern District of New York

By: _____
     Katherine Reilly
     Noah Solowiejczyk
     Ryan Finkel
     Assistant United States Attorneys
     (212) 637-6521/2473/6612

Enclosures

cc:    Anthony Cecutti, Esq. (by ECF and by e-mail)