AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16 Cr. 436 (KMW) |
| James David Williams, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James David Williams.

Date:  April 26, 2018

s/ Jennifer R. Louis-Jeune
*Attorney's signature*

Jennifer R. Louis-Jeune
*Printed name and bar number*

733 3rd Avenue, 15th Floor
New York, New York 10017
*Address*

Jennifer@JLJLaw.com
*E-mail address*

(212) 203-9058
*Telephone number*

(914) 219-0958
*FAX number*