**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2018

**BY ECF and BY E-MAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Williams, et al.</u>, 16 Cr. 436 (KMW)

Dear Judge Wood:

    James David Williams and Stuart Manashil, two of the defendants in the above-captioned action, are scheduled to be sentenced before Your Honor on October 29, 2018 and November 13, 2018, respectively. The Government has conferred with counsel for Williams and Manashil, and the parties respectfully request that the sentencings be adjourned to a date the week of December 10, 2018.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney
    Southern District of New York

By: _____
    Katherine Reilly
    Noah Solowiejczyk
    Assistant United States Attorneys
    (212) 637-6521/2473

cc:    Anthony Cecutti, Esq. and Richard Rosenberg, Esq. (by ECF and by e-mail)