LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 3, 2018

**BY ECF & ELECTRONIC MAIL**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. James David Williams et al; 16 Cr. 436 (KMW)

Dear Judge Wood:

     We represent James David Williams in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

     Mr. Williams' sentencing is presently scheduled for December 18, 2018. Our sentencing submission is to be filed on December 4, 2018. We respectfully request a two-day extension until December 6, 2018. The additional time is necessary as we have not yet received the final pre-sentence report and are also in discussions with the Government that are material to Mr. Williams' sentencing. The Government does not object to our request and will be filing their sentencing letter one week before sentencing, on December 11, 2018, as required by Your Honor's Rules and Practices.

                                 Respectfully submitted,

                                   /s/

                                 Anthony Cecutti