UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

JAMES DAVID WILLIAMS,

                    Defendant.
------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21

**ORDER**
16 CR 436 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Monday, October 18, 2021, at 4:00 p.m.

Members of the press and public who wish to hear the proceeding shall dial 917-933-2166, and enter Conference ID 651407461, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

SO ORDERED.

Dated: New York, New York
         October 13, 2021

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE