UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/21

-against-

**ORDER**
16 CR 436 (KMW)

JAMES DAVID WILLIAMS,

                        Defendant.
------------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

       Sentencing on the violation of supervised release, currently scheduled for December 14, 2021, is adjourned to Friday, December 17, 2021, at 10:00 a.m. Defendant's submission is due by Monday, December 13, 2021.

       SO ORDERED.

Dated: New York, New York
         November 22, 2021

                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE