UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/21
```

    -against-

JAMES DAVID WILLIAMS,

                    Defendant.
-------------------------------------------------------------------x

**ORDER**
16 CR 436 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Friday, December 17, 2021, at 10:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 403219834, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         December 8, 2021

                                                    _/s/ Kimba M. Wood_
                                                    KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE