LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/21

December 15, 2021

**MEMO ENDORSED**

**BY ECF & EMAIL**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. James David Williams; 16 Cr. 436 (KMW)

Dear Judge Wood:

As the Court is aware, I represent James David Williams in the above-referenced matter. Mr. Williams is scheduled to be sentenced for his violations of supervised release on Friday, December 17, 2021.

In connection with Mr. Williams' sentencing proceeding, I respectfully ask that the Court permit Mr. Williams' wife, Kammie Nikki Williams, the opportunity to speak and share her thoughts and experiences regarding Mr. Williams. In addition, she would like to offer her perspective related to Mr. Williams and the destructive impact that a sentence sought by the Government is seeking will inevitably have on her and her family. *Granted*

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

*Counsel for James David Williams*

SO ORDERED: N.Y., N.Y. 12/16/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.